**Duncan Victor Ayemere IDOKOGI,
Petitioner–Appellant,**

v.

**John ASHCROFT, Attorney General of
the United States; John Joseph Cur-
ran, Jr., Maryland State Attorney Gen-
eral; Charles Felts, Warden; Bene-
dict I. Ferro, Baltimore INS District
Director; Christine G. Davis, New Or-
leans INS District Director; U.S. Im-
migration & Naturalization Service,
Respondents–Appellees.**

No. 02–6753.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided: Sept. 10, 2002.

Duncan Victor Ayemere Idokogi, Appel-
lant Pro Se.

Before MOTZ, KING, and GREGORY,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Duncan Victor Ayemere Idokogi seeks
to appeal the district court's orders trans-
ferring his 28 U.S.C. § 2254 (2000) peti-
tion, which the district court construed as
a 28 U.S.C. § 2241 (2000) petition, to the
United States District Court for the West-
ern District of Louisiana, and denying re-
consideration.

We dismiss the appeal for lack of juris-
diction because the order is not appealable.
This court may exercise jurisdiction only
over final orders, 28 U.S.C. § 1291 (1994),
and certain interlocutory and collateral or-
ders, 28 U.S.C. § 1292 (1994); Fed.
R.Civ.P. 54(b); *Cohen v. Beneficial Indus.
Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93
L.Ed. 1528 (1949). The order here appeal-
ed is neither a final order nor an appeal-
able interlocutory or collateral order. *See
Technosteel, L.L.C. v. Beers Constr. Co.,*
271 F.3d 151, 153–54 & n. 2 (4th Cir.2001).
We dismiss the appeal as interlocutory.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*